SCWC-14-0000825

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ROLAND I. KEHANO, SR.,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000825; S.P.P. NO. 13-1-0014(2))

ORDER DISMISSING APPLICATIONS FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and Circuit
Judge Ayabe in place of Pollack, J., recused)

It appearing that the judgment on appeal in the above-referenced matter not having been filed by the Intermediate Court of Appeals at the time the applications for certiorari were filed, see Hawaiʻi Revised Statutes § 602-59(a) (Supp. 2014); see also Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 36(b)(1) (2012),

IT IS HEREBY ORDERED that Petitioner/Petitioner-Appellant's applications for writ of certiorari, filed August 7, 2015, and August 10, 2015, are dismissed without prejudice to re-filing the applications pursuant to HRAP Rule 40.1(a) (2014)

("The application shall be filed within thirty days after the filing of the intermediate court of appeals' judgment on appeal or dismissal order, unless the time for filing the application is extended in accordance with this rule.").

DATED: Honolulu, Hawaiʻi, August 25, 2015.

Roland I. Kehano, Sr.
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Bert I. Ayabe



2